UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATERINA PUNGELLO, *et al.*,

                        Plaintiffs,

          v.                                          No. 24-CV-152 (KMK)

                                                      ORDER
THE UNITED STATES OF AMERICA,

                        Defendant.

KENNETH M. KARAS, United States District Judge:

        As discussed during the pre-motion conference held on April 8, 2024, the Parties are granted 90 days to conduct discovery limited to the issues relevant to Defendant's putative Motion for Summary Judgment.  Accordingly, this period of discovery is to conclude by no later than July 8, 2024.

        Thereafter, Defendant may file its Motion for Summary Judgment by no later than August 7, 2024.  Plaintiffs shall file their response by no later than September 6, 2024. Defendant shall file its reply by no later than September 20, 2024.

        The Parties are reminded that there is a strict page limit of 25 pages for opening briefs and 10 pages for replies.  If oral argument is requested, it may be scheduled by the Court.  Please wait to hear from the Court to schedule argument.

SO ORDERED.


 Dated:    April 8, 2024
           White Plains, New York


                                              _____
                                              KENNETH M. KARAS
                                              United States District Judge