UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
G.A.P., an infant by his parents and natural guardians CATERINA PUNGELLO and JOSEPH PUNGELLO, and CATERINA PUNGELLO and JOSEPH PUNGELLO, individually,

                Plaintiffs,                24 **CIVIL** 0152 (KMK)

      -against-                      **JUDGMENT**

THE UNITED STATES OF AMERICA,

                Defendant.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 09, 2024, the Government's Motion for Summary Judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          December 09, 2024

                                              **TAMMI M. HELLWIG**
                                              **Clerk of Court**

                        BY:
                                              **Deputy Clerk**